## 37299. STATE OF GEORGIA, ex rel., RYLES v. HANCOCK et al.

Judgment affirmed without opinion pursuant to Rule 59.
*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ.,* concur.

DECIDED SEPTEMBER 17, 1981.

*Arthur K. Bolton, Attorney General, Brian J. O'Shea, Assistant Attorney General,* for appellant.
*Al Johnson,* for appellees.